IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 4:24mj65 |
| ) | |
| ) | |
| RONNY L. MOORE ) | |

CRIMINAL INFORMATION

COUNT ONE
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 30, 2024, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, and while on or within property under the charge and control of the VA, RONNY L. MOORE did while on property, carry a firearm, not for an official purpose. (In violation of Title 38, Code of Federal Regulations, Section 1.218(a)(13).)

FORFEITURE

1.  The defendant, if convicted of the violation alleged in this criminal information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. The assets subject to forfeiture include, but are not limited to:

a. A Glock 19 firearm, serial number AGHV858 and all accompanying magazines and ammunition, seized from Ronny L. Moore on or about May 30, 2024.

(In accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).)

Jessica D. Aber
UNITED STATES ATTORNEY

By: _____
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on October 17, 2024, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

By: _____
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov